UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

EWING'S LOVE & HOPE PRESCHOOL   CASE NO:3:22-cv-01314
& ACADEMY, INC. and DARRYL EWING,

    Plaintiffs,

vs.

MARKEL INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, EWING'S LOVE & HOPE PRESCHOOL & ACADEMY ("EWING'S) and DARRYL EWING sue Defendant, MARKEL INSURANCE COMPANY ("MARKEL") for breach of contract and allege:

1. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because the amount in controversy exceeds $75,000, and there is complete diversity of citizenship between the Plaintiffs, who are both citizens of Florida, and the Defendant, which is incorporated under the laws of Virginia and has its principal place of business in Virginia.

2. On November 9, 2018, MARKEL was paid $3,794.59 in premiums to insure EWING'S, a child care facility at 5828 Lenox Avenue, Jacksonville, FL 32205, from

November 9, 2018 to November 9, 2019, as described in the contract identified as Policy Number CCP20035689-02 and attached as **Exhibit 1** ("Markel Policy").

3. Under the MISCELLANEOUS PROFESSIONAL LIABILITY coverage of the Markel Policy, Markel promised, "We will pay those sums that the insured becomes legally obligated to pay as 'damages' arising out of a 'wrongful act' of the insured or of any other person for whose acts the insured is legally liable, to which this insurance applies." According to the Markel Policy, "'Damages' means a monetary judgment," while a "'Wrongful act' means any actual or alleged negligent act, error or omission in the rendering of or failure to render professional services to others arising out of your operations, including the furnishing of food, beverages, medications or appliances in connection with those operations."

4. EWING'S and DARRYL EWING are each an "insured" under the Markel Policy.

5. On January 27, 2022, the *Verdict and Resulting Final Judgment* attached as **Exhibit 2** was entered against EWING'S and DARRYL EWING establishing their legal obligation to pay $21,607,500 as damages for the wrongful death of Brooklyn Blount, who "was left unattended for five hours at the daycare while under the supervision and care of [EWING'S and DARRYL EWING]" on May 22, 2019 ("Final Judgment").

6.  On November 18, 2022, with full knowledge that payment of the $1 million limit of Miscellaneous Professional Liability coverage would result in a complete satisfaction of the Final Judgment against its insureds, MARKEL refused to pay, saying the "policy affords no coverage." The November 18, 2022 letter from Markel is attached as **Exhibit 3**.

7.  The Markel Policy is a contract between Plaintiffs and Defendant.

8.  Plaintiffs did all, or substantially all, of the essential things which the contract required them to do or they were excused from doing those things.

9.  All conditions required by the contract for the defendant's performance had occurred.

10. Defendant breached the contract when it refused to "pay those sums which the insured becomes legally obligated to pay as damages…" under the Markel policy.

11. As a result of MARKEL's breach, EWING'S and DARRYL EWING have suffered liability in the amount of the unsatisfied Final Judgment.

12. EWING'S is the named insured and DARRYL EWING is the omnibus insured under an insurance policy executed by MARKEL, and they are entitled to a reasonable sum as fees for compensation for the attorney they are obligated to pay to prosecute this suit, upon rendition of a judgment or decree against MARKEL, pursuant to Florida Statute § 627.428.

WHEREFORE, Plaintiffs, EWING'S and DARRYL EWING, demand judgment against Defendant, MARKEL INSURANCE COMPANY for the unsatisfied amount of the Final Judgment and interest on those elements of damages upon which interest can be recovered, plus the costs of this action and attorney's fees allowed by law, and demand a trial by jury on all issues so triable.

*/s/Brandon Cathey*
Brandon Cathey
Fla. Bar. No. 941891
Stephanie Miles
Fla. Bar. No. 15516
CATHEY & MILES, P.A.
76 4th Street N #2005
St. Petersburg, FL 33731
(727) 308-2222
Lit@CatheyMiles.com
*Counsel for Plaintiffs*