UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

EWING'S LOVE & HOPE PRESCHOOL
& ACADEMY, INC. and DARRYL EWING,

    Plaintiffs,                                            CASE NO: 3:22-cv-01314

vs.

MARKEL INSURANCE COMPANY,

    Defendant.
_____/

## Notice of Settlement

The parties hereby notify the Court of settlement. A stipulation for voluntary dismissal will be filed as soon as practicable.

## Certificate of Service

I hereby certify that on March 14, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

                                                                         */s/Brandon Cathey*
                                                                         **Brandon Cathey**
                                                                         Fla. Bar No. 941891
                                                                         **Stephanie Miles**
                                                                         Fla. Bar No. 15516
                                                                         CATHEY & MILES, P.A.
                                                                         76 4th Street N #2005
                                                                         St. Petersburg, FL 33731
                                                                         (727) 308-2222
                                                                         Lit@CatheyMiles.com

1