UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EWING'S LOVE & HOPE PRESCHOOL & ACADEMY, INC.,** and **DARRYL EWING**,

    Plaintiffs,

v.                       CASE NO.  3:22-cv-1314-HLA-MCR

**MARKEL INSURANCE COMPANY**,

    Defendant.
_____/

## O R D E R

Before the Court is the Joint Motion to Reopen Case for Entry of Stipulated Order Dismissing with Prejudice (Dkt. 54). It is

**ORDERED** that this case is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of April 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record